UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CRIM.    281**

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

     - v. -                        :    INDICTMENT

SUSAN PRIMUS,                        :    07 Cr.

          Defendant.            :

- - - - - - - - - - - - - - - - - x

<div style="writing-mode: vertical-rl">JUDGE SCHEINDLIN</div>

## COUNT ONE

The Grand Jury charges:

From in or about December 2001 through in or about October 2005, in the Southern District of New York and elsewhere, SUSAN PRIMUS, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, PRIMUS received approximately $21,661.88 in federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

_Grace Funauchia Paris_
FOREPERSON

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### SUSAN PRIMUS,

Defendant.

### INDICTMENT

07 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Grace Lamacchia-Paris*

Foreperson.

*4/11/07 - Fld. Sealed Indictment.*

*Eaton, J. U.S.M.J.*

*HZ*