

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 16, 2007

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/07
```

    Re:    **United States v. Susan Primus**,
           07 Cr. 281 (SAS)

Dear Judge Scheindlin:

    A conference in the above-captioned matter is currently scheduled for this afternoon, Wednesday, May 16, 2007, at 2:30 pm. The parties mutually request, as a result of scheduling conflicts, that the Court adjourn the conference for thirty days in order to permit the Government to produce discovery and the parties to engage in discussions regarding a possible disposition. Counsel for the defendant and the Government are available for a conference any time on Monday, June 18, any time on Tuesday, June 19, or after 2 pm on Wednesday, June 20.

    The defendant was arraigned before Magistrate Judge Frank Maas on May 10, 2007, and time was excluded under the Speedy Trial Act until the conference scheduled for this afternoon. The Government respectfully requests, with the consent of defense counsel, that the Court exclude the time under the Speedy Trial Act until the next conference, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney

By:   /s/ David A. O'Neil
    David A. O'Neil
    Assistant United States Attorney
    Telephone:  (212) 637-2533
    Facsimile:   (212) 637-2937

cc:    Christopher Flood

*[Handwritten annotation:]* Request granted. The conference previously scheduled for May 16, 2007 is adjourned to June 20, 2007, at 4:30 p.m. Time is excluded for purposes of the Speedy Trial Act until the date of the conference. SO ORDERED. Dated: May 16, 2007. /s/ Shira A. Scheindlin, U.S.D.J.

TOTAL P.02