# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

June 19, 2007

By Fax
Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. Susan Primus
07 Cr. 281 (SAS)

Dear Judge Scheindlin:

With the consent of the government, I write on behalf of my client, Susan Primus, to request a 30-day adjournment of the upcoming control date in the above-captioned case, currently scheduled for Wednesday, June 20, 2007 at 4:30p.m. The parties are attempting to negotiate a disposition of this case short of trial, but have not yet reached an agreement. Neither party would like to set a trial date before efforts to settle this case have been exhausted, and both parties believe that a settlement can be reached within thirty days.

The defense requests to exclude time from any speedy trial calculation until the date to which the control date is adjourned.

If necessary for any reason, I can be reached directly at (212) 417-8761.

Respectfully submitted,

Christopher Flood
Staff Attorney

cc: AUSA David O'Neil (by facsimile)

*[Handwritten note: Request granted. Adjourned to July 25, 2007 at 4:30 p.m. Time excluded. So Ordered. USDJ 6/20/07]*

TOTAL P.002