# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District
Southern District of New York
John J. Byrnes
Attorney-in-Charge

July 24, 2007

By Fax
Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. Susan Primus
    07 Cr. 281 (SAS)

Dear Judge Scheindlin:

With the consent of the government, I write on behalf of my client, Susan Primus, to request a brief adjournment of the upcoming control date in the above-captioned case, currently scheduled for Wednesday, July 25, 2007 at 4:30p.m. The defense has submitted a request to the government that Ms. Primus be allowed to participate in their deferred prosecution program, and that request is currently under consideration. Neither party would like to set a trial date before efforts to settle this case have been exhausted, and both parties believe that a settlement can be reached within thirty days.

The defense requests to exclude time from any speedy trial calculation until the date to which the control date is adjourned.

If necessary for any reason, I can be reached directly at (212) 417-8761.

Respectfully submitted,

Christopher Flood
Staff Attorney

*Request granted. Adjourned to August 22 at 4:30. Time excluded. So Ordered. 7/24/07*

cc: AUSA David O'Neil (by facsimile)

TOTAL P.002