UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :    MISDEMEANOR
                                        INFORMATION
            v.                     :
                                        S1 07 Cr. 281 (SAS)
SUSAN PRIMUS,                      :

            Defendant.             :

- - - - - - - - - - - - - - - - -x

### COUNT ONE

The United States Attorney charges:

From in or about December 2001, through in or about October 2005, in the Southern District of New York and elsewhere, SUSAN PRIMUS, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use, money and things of value of the United States and a department and agency thereof, the value of which did not exceed $1,000, to wit, PRIMUS knowingly converted to her own use money from the United States Department of Housing and Urban Development, to which she was not entitled.

(Title 18, United States Code, Section 641.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 2 2007