```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

        - v. -                    :
                                            WAIVER OF INDICTMENT
SUSAN PRIMUS,                     :
                                            S1 07 Cr. 281 (SAS)___
        Defendant.                :

                                  :

                                  :
- - - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 18, United States Code, Section 641, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
SUSAN PRIMUS

_____
Peggy Cross, Esq.
Attorney for SUSAN PRIMUS

Witness: _____

Date:   New York, New York
        October 26, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/07
```