# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/08

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

January 4, 2008

**By Fax**

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Susan Primus**
      **07 Cr. 281 (SAS)**

Dear Judge Scheindlin:

    With the consent of the government, I write on behalf of my client, Susan Primus, who is scheduled to be sentenced by the Court on Wednesday, January 9. I request a three week adjournment of the scheduled sentencing.

    The adjournment is needed so that I can review the final presentence report with my client and so we can gather documents we believe, in light of the presentence report, will assist the Court in arriving at the proper sentence.

Respectfully submitted,

Peggy M. Cross
Assistant Federal Defender
Tel.: (212) 417-8732

cc: AUSA David O'Neil

*Request Granted. The Sentence is adjourned to February 1, 2008 at 4:30 p.m. So Ordered. 1/7/08*

(U.S.D.J.)

TOTAL P.002