```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA           :
                                        [~~PROPOSED~~] ORDER
        - v -                      :
                                        S1 07 Cr. 281 (SAS)
SUSAN PRIMUS,                      :

            Defendant.             :

- - - - - - - - - - - - - - - - - -X
```

WHEREAS, with the defendant's consent, her guilty plea allocution was taken before a United States Magistrate Judge on October 26, 2007;

WHEREAS, a transcript of the allocution was made and thereafter was transferred to the District Court, and

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the plea;

IT IS HEREBY ORDERED that SUSAN PRIMUS's guilty plea is accepted.

Dated: New York, New York
       January 15, 2008

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08